IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ZECHARIAH BENJAMIN, :
    Plaintiff :
: CIVIL NO. 3:13-CV-313
v. :
: (JUDGE NEALON)
UNITED STATES OF AMERICA, : (MAGISTRATE JUDGE CARLSON)
    Defendant :

### ORDER

**NOW, THIS 8th DAY OF AUGUST, 2014**, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 32), is **ADOPTED**;

2. Plaintiff's request to reopen the case to enforce settlement, (Doc. 29), is **DENIED**.

*[signature]*
United States District Judge

FILED
SCRANTON
AUG - 8 2014
PER_____
DEPUTY CLERK